# LEVIN-EPSTEIN & ASSOCIATES, P.C.

420 Lexington Avenue • Suite 2525 • New York, New York 10170
T: 212.792-0048 • E: Jason@levinepstein.com

December 10, 2020

**<u>Via Electronic Filing & Email</u>**
The Honorable Magistrate Judge Cheryl L. Pollak
U.S. District Court Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: ***Obispo Guinea v. Sagal Meat Market VII Inc. et al***
      **Case No.: 19-cv-03448**

Dear Honorable Judge Pollak,

  This law firm represents Defendants Sagal Meat Market VII Inc., Fernando Sanchez, Jose Sanchez, and Lenin Sanchez (collectively, the "**Defendants**") in the above-referenced action. This letter is submitted on consent of Plaintiff's counsel.

  Pursuant to Your Honor's Individual Motion Practices, this letter respectfully serves to request: (i) an extension of the fact discovery completion deadline & non-expert deposition completion deadline from December 17, 2020, to through and including, February 19, 2021; (ii) an extension of Plaintiff and Defendants' deadlines to submit their *ex parte* settlement conference statements to January 25, 2021, and February 1, 2021, respectively; and (iii) an adjournment of the Settlement Conference currently scheduled for December 22, 2020 at 10:45 a.m. to a date and time set by the Court.

  There are extenuating circumstances surrounding this request. Specifically, ████ ████████████████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████████████████ ██████[1] Thus, an extension of the discovery completion deadline is necessary in order for Defendants' counsel to continue to meaningfully defend this action, and satisfy its other, conflicting obligations before this Honorable Court.

  Thus, Defendants respectfully request: (i) an extension of the fact discovery completion deadline & non-expert deposition completion deadline from December 17, 2020, to through and including, February 19, 2021; (ii) an extension of Plaintiff and Defendants' deadlines to submit their *ex parte* settlement conference statements to January 25, 2021, and February 1, 2021, respectively; and (iii) an adjournment of the Settlement Conference currently scheduled for December 22, 2020 at 10:45 a.m. to a date and time set by the Court.

  Thank you, in advance, for your time and attention.

---

[1] In light of the sensitive nature of this request, a redacted version of this letter is being filed on ECF. Simultaneously with the filing of this letter, an unredacted copy of this letter has been emailed to all counsel of record, and to Chambers.

        Respectfully submitted,

        LEVIN-EPSTEIN & ASSOCIATES, P.C.

 By:  */s/ Jason Mizrahi*
       Jason Mizrahi
       420 Lexington Avenue, Suite 2525
       New York, NY 10170
       Tel. No.:  (212) 792-0048
       Email: Jason@levinepstein.com
       *Attorneys for Defendants*

VIA ECF: All Counsel